IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE:     STEWART, MARY B.                                  NO. 1:08-71338 M

        DEBTOR.                                           (CHAPTER 7)

## REPORT OF SALE

Renee S. Williams, Trustee, reports that the following real property was sold:

**Cherokee Hills #2 Lot 58, Camden, Ouachita County, Arkansas 71701**
**Commonly known as 2910 Huron**

Said sale was pursuant to an Order of this Court entered 04/02/2010 authorizing the sale of the aforementioned property, free and clear of any liens, encumbrances or other interests in the property with such liens, encumbrances or other interests to attach to the proceeds of the sale.

The property was sold to Marcus R. and Leigh Anne Stevens for $100,000.00. A copy of the settlement statements reflecting the costs of the sale are attached.

WHEREFORE, the undersigned submits this Report for approval and requests that this sale be confirmed.

DATED:       April 13, 2010

                                                Respectfully submitted,

                                                /s/ Renee S. Williams_____
                                                Renee S. Williams
                                                Trustee
                                                125 Roberts Ridge Terrace
                                                Hot Springs, Arkansas 71901-7286
                                                (501) 624-4330
                                                Arkansas Bar Number 83-182

# A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

## B. Type of Loan

| | | |
|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins.<br>4. ☒ VA  5. ☐ Conv. Ins. | 6. File Number:<br>GF-14292 | 7. Loan Number:<br>001034831 |
| | 8. Mortgage Insurance Case Number:<br>50-50-6-0210795 | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agents are shown. Items marked "(p o c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals

| D. Name & Address of Borrower:<br>Marcus R. Stevens, Leigh A. Stevens<br>2910 Huron Street, Camden, AR 71701 | E. Name & Address of Seller:<br>Renee S. Williams, Trustee of Mary B. Stewart, Debtor<br>125 Roberts Ridge Terrace, Hot Springs AR 71901-7286 | F. Name & Address of Lender:<br>Wintrust Mortgage Corporation<br>1 South 660 Midwest Rd., Suite 100, Oakbrook Terrace, IL 60181 |
|---|---|---|
| G. Property Location:<br>2910 Huron Street<br>Camden, AR 71701<br>Lot 58 Cherokee Hills | H. Settlement Agent:<br>Ouachita Abstract & Title Co., Inc. | I. Settlement Date: 04/08/2010<br>Disbursement Date: 04/08/2010 |
| | Place of Settlement:<br>137 Jackson Street, Camden, AR 71701 | TitleExpress<br>Printed 04/08/2010 at 9:00 am<br>by RY |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | 100,000.00 | 401. Contract sales price | 100,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,373.24 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes      to | | 406. City/town taxes      to | |
| 107. County taxes         to | | 407. County taxes         to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | **104,373.24** | **420. Gross Amount Due to Seller** | **100,000.00** |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | 500.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 100,000.00 | 502. Settlement charges to seller (line 1400) | 11,808.38 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Seller Paid Closing Costs | 3,781.40 | 506. Seller Paid Closing Costs | 3,781.40 |
| 207. 1/2 Title Insurance Credit | 318.50 | 507. 1/2 Title Insurance Credit | 318.50 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes      to | | 510. City/town taxes      to | |
| 211. County taxes   01/01/2010 to 04/08/2010 | 273.34 | 511. County taxes   01/01/2010 to 04/08/2010 | 273.34 |
| 212. Assessments         to | | 512. Assessments         to | |
| 213. | | 513. 2009 Tax 862-00058-000R | 1,028.55 |
| 214. | | 514. Courier Fee | 20.00 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | **104,873.24** | **520. Total Reduction Amount Due Seller** | **17,230.17** |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | 104,373.24 | 601. Gross amount due to seller (line 420) | 100,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 104,873.24 | 602. Less reductions in amount due seller (line 520) | 17,230.17 |
| 303. Cash  ☐ From  ☒ To  Borrower | 500.00 | 603. Cash  ☒ To  ☐ From Seller | 82,769.83 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

SELLER'S INSTRUCTIONS: If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required by law to provide Ouachita Abstract & Title Co., Inc. with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

The _____ , _____ , SELLER(S) SIGNATURE _____ , _____
         Seller 1            Seller 2                                                                    Seller 1            Seller 2

Previous editions are obsolete                          Page 1 of 4                                              HUD-1

## L. Settlement Charges

| | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| 700. | Total Real Estate Broker Fees | $ 6,000.00 | | | |
| | Division of commission (line 700) as follows: | | | | |
| 701. | $6,000.00 | to Century 21 | | | |
| 702. | $0.00 | to | | | |
| 703. | Commission paid at settlement | | | | 6,000.00 |
| **800.** | **Items Payable in Connection with Loan** | | | | |
| 801. | Our origination charge (Includes Origination Point  % or $0.00) | $3,236.00 | (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen | $-2,236.00 | (from GFE #2) | | |
| 803. | Your adjusted origination charges | | (from GFE A) | 1,000.00 | |
| 804. | Appraisal fee | to Superior Appraisal Service | (from GFE #3) | 400.00 | |
| 805. | Credit report | to | (from GFE #3) | | |
| 806. | Tax service | to | (from GFE #3) | | |
| 807. | Flood certification | to | (from GFE #3) | | |
| 808. | | to | | | |
| **900.** | **Items Required by Lender to be Paid in Advance** | | | | |
| 901. | Daily interest charges from | from 04/08/2010 to 05/01/2010 @ $15.0700/day | (from GFE #10) | 346.61 | |
| 902. | Mortgage Ins. Premium | for  months to | (from GFE #3) | | |
| 903. | Homeowner's insurance | for  months to United Home Insurance | (from GFE #11) | 710.00 | |
| 904. | | months to | (from GFE #11) | | |
| **1000.** | **Reserves Deposited with Lender** | | | | |
| 1001. | Initial deposit for your escrow account | | (from GFE #9) | 434.63 | |
| 1002. | Homeowner's insurance | 4 months @ $ 59.17/month | $236.68 | | |
| 1003. | Mortgage Insurance | months @ $ 0.00/month | $0.00 | | |
| 1004. | City Property Tax | months @ $ 0.00/month | $0.00 | | |
| 1005. | County Property Tax | 5 months @ $ 85.71/month | $428.55 | | |
| 1006. | Assessments | months @ $ 0.00/month | $0.00 | | |
| 1007. | Aggregate Adjustment | | $-230.60 | | |
| **1100.** | **Title Charges** | | | | |
| 1101. | Title services and lender's title insurance | | (from GFE #4) | 697.00 | |
| 1102. | Settlement or closing fee | to | $ | | |
| 1103. | Owner's title insurance | | (from GFE #5) | 325.00 | |
| 1104. | Lender's title insurance | | $25.00 | | |
| 1105. | Lender's title policy limit $100,000.00 | | | | |
| 1106. | Owner's title policy limit $100,000.00 | | | | |
| 1107. | Agent's portion of the total title insurance premium | | $280.00 | | |
| 1108. | Underwriter's portion of the total title insurance premium | | $70.00 | | |
| 1109. | Abstract or Title Search | to Ouachita Abstract & Title Co., Inc. | $672.00 | | |
| 1110. | | to | $ | | |
| **1200.** | **Government Recording and Transfer Charges** | | | | |
| 1201. | Government recording charges | | (from GFE #7) | 130.00 | |
| 1202. | Deed $20.00 | Mortgage $110.00 | Release $0.00 | | |
| 1203. | Transfer taxes | | (from GFE #8) | 330.00 | |
| 1204. | City/County tax/stamps | Deed $0.00 | Mortgage $0.00 | | |
| 1205. | State Tax/stamps | Deed $330.00 | Mortgage $0.00 | | |
| 1206. | | Deed $0.00 | Mortgage $0.00 | | |
| 1207. | | | | | |
| **1300.** | **Additional Settlement Charges** | | | | |
| 1301. | Required services that you can shop for | | (from GFE #6) | | |
| 1302. | Survey | to | $ | | |
| 1303. | Pest Inspection | to Meeks Pest Control | $ | | 329.25 |
| 1304. | Estimated Final Bill, Camden Water | to Century 21 | $ | | 20.43 |
| 1305. | Estimated Bill, Entergy Electric | to Century 21 | $ | | 35.00 |
| 1306. | Estimated Bill, Centerpoint Gas | to Century 21 | $ | | 80.00 |
| 1307. | Inspection, S&S Electric | to Century 21 | $ | | 80.00 |
| 1308. | Heating and Air Inspection, S&B Coc | to Century 21 | $ | | 230.00 |
| 1309. | Plumbing Install, Smith Plumbing | to Century 21 | $ | | 742.22 |
| 1310. | Cleaning/Paint, Pascal Phillips | to Century 21 | $ | | 1,650.00 |
| 1311. | Centerpoint Energy, Feb. 2010 | to Century 21 | $ | | 83.35 |
| 1312. | Centerpoint Energy, March 2010 | to Century 21 | $ | | 54.94 |
| 1313. | Entergy Electric, March 2010 | to Century 21 | $ | | 18.64 |
| 1314. | Entergy Electric, April 2010 | to Century 21 | $ | | 56.59 |
| 1315. | Camden Water, March 2010 | to Century 21 | $ | | 29.75 |
| 1316. | Camden Water, April 2010 | to Century 21 | $ | | 20.43 |
| 1317. | Fence Repair, Site Drainage, Replac | to Doug Herring Construction | $ | | 2,275.00 |
| 1318. | Repair Garage Door Opener Motor | to Pascal Phillips | $ | | 102.78 |
| **1400.** | **Total Settlement Charges** (enter on lines 103, Section J and 502, Section K) | | | **4,373.24** | **11,808.38** |

*Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er.

## Comparison of Good Faith Estimate (GFE) and HUD-1 Charges

| Charges That Cannot Increase | HUD-1 Line Number | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Our origination charge | # 801 | 3,500.00 | 3,236.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | -2,236.00 | -2,236.00 |
| Your adjusted origination charges | # 803 | 1,264.00 | 1,000.00 |
| Transfer taxes | # 1203 | 330.00 | 330.00 |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | 100.00 | 130.00 |
| Appraisal fee to | # 804 | 475.00 | 400.00 |
| Title services and lender's title insurance | # 1101 | 1,207.00 | 697.00 |
| Owner's title insurance | # 1103 | 368.50 | 325.00 |
| Pest inspection | # 1303 | 475.00 | 0.00 |
| | # | | |
| | # | | |
| | # | | |
| Total | | 2,625.50 | 1,552.00 |
| Increase between GFE and HUD-1 Charges | | $ -1,073.50 or | -40.8875% |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | 210.00 | 434.63 |
| Daily interest charges from | # 901 $15.0700/day | 226.05 | 346.61 |
| Homeowner's insurance | # 903 | 840.00 | 710.00 |
| | # | | |
| | # | | |
| | # | | |

### Loan Terms

| | |
|---|---|
| Your initial loan amount is | $100,000.00 |
| Your loan term is | 30 years |
| Your initial interest rate is | 5.5000% |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $567.79 includes<br>[X] Principal<br>[X] Interest<br>[ ] Mortgage Insurance |
| Can your interest rate rise? | [X] No. [ ] Yes, it can rise to a maximum of    %. The first change will be on  / /   and can change again every  years after  / / . Every change date, your interest rate can increase or decrease by    %. Over the life of the loan, your interest rate is guaranteed to never be lower than    % or higher than    %. |
| Even if you make payments on time, can your loan balance rise? | [X] No. [ ] Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [X] No. [ ] Yes, the first increase can be on  / /   and the monthly amount owed can rise to $    The maximum it can ever rise to is $ |
| Does your loan have a prepayment penalty? | [X] No. [ ] Yes, your maximum prepayment penalty is $ |
| Does your loan have a balloon payment? | [X] No. [ ] Yes, you have a balloon payment of $    due in   years on  / / |
| Total monthly amount owed including escrow account payments | [ ] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>[X] You have an additional monthly escrow payment of $144.88 that results in a total initial monthly amount owed of $712.67. This includes principal, interest, any mortgage insurance and any items checked below:<br>[X] Property taxes   [X] Homeowner's insurance<br>[ ] Flood insurance  [ ]<br>[ ] |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

## HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**Buyers**

_____  
Marcus R. Stevens

_____  
Leigh A. Stevens

_____

_____

**Sellers**

_____  
Renee S. Williams, Trustee of Mary B. Stewart, Debtor

_____

_____

**Settlement Agent**

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____          4-8-10
SETTLEMENT AGENT                          DATE

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

# A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

### B. Type of Loan

| | | |
|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins. | 6. File Number: GF-14292 | 7. Loan Number: 001034831 |
| 4. ☒ VA  5. ☐ Conv. Ins. | | 8. Mortgage Insurance Case Number: 50-50-6-0210795 |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Marcus R. Stevens, Leigh A. Stevens<br>2910 Huron Street, Camden, AR 71701 | Renee S. Williams, Trustee of Mary B. Stewart, Debtor<br>125 Roberts Ridge Terrace, Hot Springs AR 71901-7286 | Wintrust Mortgage Corporation<br>1 South 660 Midwest Rd., Suite 100, Oakbrook Terrace, IL 60181 |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: 04/08/2010 |
|---|---|---|
| 2910 Huron Street<br>Camden, AR 71701<br>Lot 58 Cherokee Hills | Ouachita Abstract & Title Co., Inc.<br><br>Place of Settlement:<br>137 Jackson Street, Camden, AR 71701 | Disbursement Date: 04/08/2010<br><br>TitleExpress<br>Printed 04/08/2010 at 9:00 am<br>by RY |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract sales price | 100,000.00 | 401. Contract sales price | 100,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,373.24 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes        to | | 406. City/town taxes        to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due from Borrower | 104,373.24 | 420. Gross Amount Due to Seller | 100,000.00 |
| 200. Amounts Paid by or in Behalf of Borrower | | 500. Reductions in Amount Due to Seller | |
| 201. Deposit or earnest money | 600.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 100,000.00 | 502. Settlement charges to seller (line 1400) | 11,808.38 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Seller Paid Closing Costs | 3,781.40 | 506. Seller Paid Closing Costs | 3,781.40 |
| 207. 1/2 Title Insurance Credit | 318.50 | 507. 1/2 Title Insurance Credit | 318.50 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes        to | | 510. City/town taxes        to | |
| 211. County taxes   01/01/2010 to 04/08/2010 | 273.34 | 511. County taxes   01/01/2010 to 04/08/2010 | 273.34 |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. 2009 Tax 862-00058-000R | 1,028.55 |
| 214. | | 514. Courier Fee | 20.00 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid by/for Borrower | 104,873.24 | 520. Total Reduction Amount Due Seller | 17,230.17 |
| 300. Cash at Settlement from/to Borrower | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from borrower (line 120) | 104,373.24 | 601. Gross amount due to seller (line 420) | 100,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 104,873.24 | 602. Less reductions in amount due seller (line 520) | 17,230.17 |
| 303. Cash  ☐ From  ☒ To Borrower | 500.00 | 603. Cash  ☒ To  ☐ From Seller | 82,769.83 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein...
SELLER'S INSTRUCTIONS: ...

Signature: Renee S. Williams, Trustee

Previous editions are obsolete        Page 1 of 4        HUD-1

L. Settlement Charges

| | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| 700. | Total Real Estate Broker Fees | $6,000.00 | | | |
| | Division of commission (line 700) as follows: | | | | |
| 701. | $6,000.00 | to Century 21 | | | |
| 702. | $0.00 | to | | | |
| 703. | Commission paid at settlement | | | | 6,000.00 |
| 800. | Items Payable in Connection with Loan | | | | |
| 801. | Our origination charge (includes Origination Point  % or $0.00) | $3,236.00 | (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen | $-2,236.00 | (from GFE #2) | | |
| 803. | Your adjusted origination charges | | (from GFE A) | 1,000.00 | |
| 804. | Appraisal fee | to Superior Appraisal Service | (from GFE #3) | 400.00 | |
| 805. | Credit report | to | (from GFE #3) | | |
| 806. | Tax service | to | (from GFE #3) | | |
| 807. | Flood certification | to | (from GFE #3) | | |
| 808. | | to | | | |
| 900. | Items Required by Lender to be Paid in Advance | | | | |
| 901. | Daily interest charges from | from 04/08/2010 to 05/01/2010 @ $15.0700/day | (from GFE #10) | 346.61 | |
| 902. | Mortgage Ins. Premium | for   months to | (from GFE #3) | | |
| 903. | Homeowner's Insurance | for   months to United Home Insurance | (from GFE #11) | 710.00 | |
| 904. | | months to | (from GFE #11) | | |
| 1000. | Reserves Deposited with Lender | | | | |
| 1001. | Initial deposit for your escrow account | | (from GFE #9) | 434.63 | |
| 1002. | Homeowner's insurance | 4 months @ $ 89.17/month $238.68 | | | |
| 1003. | Mortgage insurance | months @ $ 0.00/month $0.00 | | | |
| 1004. | City Property Tax | months @ $ 0.00/month $0.00 | | | |
| 1005. | County Property Tax | 5 months @ $ 85.71/month $428.55 | | | |
| 1006. | Assessments | months @ $ 0.00/month $0.00 | | | |
| 1007. | Aggregate Adjustment | $-230.60 | | | |
| 1100. | Title Charges | | | | |
| 1101. | Title services and lender's title insurance | | (from GFE #4) | 657.00 | |
| 1102. | Settlement or closing fee | to | $ | | |
| 1103. | Owner's title insurance | | (from GFE #5) | 325.00 | |
| 1104. | Lender's title insurance | $25.00 | | | |
| 1105. | Lender's title policy limit $100,000.00 | | | | |
| 1106. | Owner's title policy limit $100,000.00 | | | | |
| 1107. | Agent's portion of the total title insurance premium | $260.00 | | | |
| 1108. | Underwriter's portion of the total title insurance premium | $70.00 | | | |
| 1109. | Abstract or Title Search | to Ouachita Abstract & Title Co., Inc. $672.00 | | | |
| 1110. | | to | $ | | |
| 1200. | Government Recording and Transfer Charges | | | | |
| 1201. | Government recording charges | | (from GFE #7) | 130.00 | |
| 1202. | Deed $20.00 | Mortgage $110.00  Release $0.00 | | | |
| 1203. | Transfer taxes | | (from GFE #8) | 330.00 | |
| 1204. | City/County tax/stamps | Deed $0.00  Mortgage $0.00 | | | |
| 1205. | State Tax/stamps | Deed $330.00  Mortgage $0.00 | | | |
| 1206. | | Deed $0.00  Mortgage $0.00 | | | |
| 1207. | | | | | |
| 1300. | Additional Settlement Charges | | | | |
| 1301. | Required services that you can shop for | | (from GFE #6) | | |
| 1302. | Survey | to | $ | | |
| 1303. | Pest Inspection | to Meeks Pest Control | $ | | 329.25 |
| 1304. | Estimated Final Bill, Camden Water | to Century 21 | $ | | 20.42 |
| 1305. | Estimated Bill, Entergy Electric | to Century 21 | $ | | 35.00 |
| 1306. | Estimated Bill, Centerpoint Gas | to Century 21 | $ | | 60.00 |
| 1307. | Inspection, S&S Electric | to Century 21 | $ | | 60.00 |
| 1308. | Heating and Air Inspection, S&B Cool | to Century 21 | $ | | 230.00 |
| 1309. | Plumbing Install, Smith Plumbing | to Century 21 | $ | | 742.22 |
| 1310. | Cleaning/Paint, Pascal Phillips | to Century 21 | $ | | 1,650.00 |
| 1311. | Centerpoint Energy, Feb. 2010 | to Century 21 | $ | | 83.35 |
| 1312. | Centerpoint Energy, March 2010 | to Century 21 | $ | | 54.94 |
| 1313. | Entergy Electric, March 2010 | to Century 21 | $ | | 18.84 |
| 1314. | Entergy Electric, April 2010 | to Century 21 | $ | | 56.59 |
| 1315. | Camden Water, March 2010 | to Century 21 | $ | | 29.76 |
| 1316. | Camden Water, April 2010 | to Century 21 | $ | | 20.43 |
| 1317. | Fence Repair, Silo Drainage, Replac | to Doug Herring Construction | $ | | 2,275.00 |
| 1318. | Repair Garage Door Opener Motor | to Pascal Phillips | $ | | 102.75 |
| 1400. | Total Settlement Charges  (enter on lines 103, Section J and 502, Section K) | | | 4,373.24 | 11,808.38 |

*Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er.

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Charges That Cannot Increase | HUD-1 Line Number | | |
| Our origination charge | # 801 | 3,600.00 | 3,236.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | -2,236.00 | -2,236.00 |
| Your adjusted origination charges | # 803 | 1,264.00 | 1,000.00 |
| Transfer taxes | # 1203 | 330.00 | 330.00 |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | 100.00 | 130.00 |
| Appraisal fee to | # 804 | 475.00 | 400.00 |
| Title services and lender's title insurance | # 1101 | 1,207.00 | 697.00 |
| Owner's title insurance | # 1103 | 368.50 | 325.00 |
| Pest inspection | # 1303 | 475.00 | 0.00 |
| | # | | |
| | # | | |
| | # | | |
| | Total | 2,625.50 | 1,552.00 |
| | Increase between GFE and HUD-1 Charges | $ -1,073.50 or | -40.8675% |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | 210.00 | 434.63 |
| Daily interest charges from | # 901  $15.0700/day | 226.05 | 346.61 |
| Homeowner's insurance | # 903 | 840.00 | 710.00 |
| | # | | |
| | # | | |
| | # | | |

### Loan Terms

| | |
|---|---|
| Your initial loan amount is | $100,000.00 |
| Your loan term is | 30 years |
| Your initial interest rate is | 5.9000% |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $567.79 includes<br>[X] Principal<br>[X] Interest<br>[ ] Mortgage Insurance |
| Can your interest rate rise? | [X] No. [ ] Yes, it can rise to a maximum of %. The first change will be on / / and can change again every years after / / . Every change date, your interest rate can increase or decrease by %. Over the life of the loan, your interest rate is guaranteed to never be lower than % or higher than %. |
| Even if you make payments on time, can your loan balance rise? | [X] No. [ ] Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | [X] No. [ ] Yes, the first increase can be on / / and the monthly amount owed can rise to $ . The maximum it can ever rise to is $ |
| Does your loan have a prepayment penalty? | [X] No. [ ] Yes, your maximum prepayment penalty is $ |
| Does your loan have a balloon payment? | [X] No. [ ] Yes, you have a balloon payment of $ due in years on / / . |
| Total monthly amount owed including escrow account payments | [ ] You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>[X] You have an additional monthly escrow payment of $144.88 that results in a total initial monthly amount owed of $712.87. This includes principal, interest, any mortgage insurance and any items checked below:<br>[X] Property taxes     [X] Homeowner's insurance<br>[ ] Flood Insurance     [ ]<br>[ ]     [ ] |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

**Signature Page**

## HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**Buyers**

_____  _____
Marcus R. Stevens                 Leigh A. Stevens

_____  _____


**Sellers**

/s/ Renee S. Williams, Trustee
_____  _____
Renee S. Williams, Trustee of Mary B. Stewart, Debtor

_____  _____


**Settlement Agent**

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

/s/ Ronda Jackson                 4-8-10
_____  _____
SETTLEMENT AGENT                  DATE


WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

DISCLOSURE OF CLOSING AND SETTLEMENT RISK WAIVER
(Pursuant to Public Act 684)

Issued By:
Arkansas Title Insurance Company
17300 Chenal Pkwy Ste 302
Little Rock AR 72223

Name of Policy issuing Agency:
Ouachita Abstract & Title Co., Inc.
137 Jackson St SW
Camden AR 71701

To: BORROWERS

To: SELLER
Renee S Williams, Trustee of Mary B. Stewart, Debtor

---

Purchasing Property Identified As :       2910 Huron Street, Camden AR 71701

Pursuant to the requirements of The Arkansas Title Insurance Act (Arkansas Code Title 23, Chapter 103, Section 401 et seq.) and Rule 87 of the Arkansas Insurance Department, notice is hereby given that Closing Protection Letter protection is available to you as part of the transaction insured by the Agent referenced above and involving the property referenced above..

Section 23-103-405(c)(1) describes the protection afforded by the Closing Protection Letter ("Letter") as follows. The Letter "indemnifies a person solely against loss of closing funds because of the following acts of a closing agent, title insurer's named employee, or title insurance agent:

    (A) Theft of misappropriation of closing funds, or
    (B) Failure to comply with written instructions from the proposed insured when agreed to by the closing agent, employee, or title insurance agent as it relates to the status of the title to the interest in land or to the validity, enforceability, and priority of the lien of a mortgage or deed of trust on said interest in land."

Please indicate your choice with regard to this offer of protection by placing a mark on the line to the left of one of the two choices set out below.

__ NO, CLOSING PROTECTION LETTER IS REQUIRED. The Company is not providing any protection to you for closing or settlement funds received by it, or its policy issuing agency or agent.

_X_ YES, CLOSING PROTECTION LETTER IS REQUESTED. The Company will provide you with protection for closing or settlement funds received by it, or its policy issuing agency or agent at a cost of $25.00 per letter, as set forth by statute.

## WAIVER

This is to certify that the foregoing election of a closing protection letter has been offered to me, and that I understand that the title insurer may or may not provide any protection to me for closing and settlement funds received by it, or its policy issuing agency or agent upon selection made by me.

Buyers:                                     Sellers:

By_____                    By /s/ Renee S. Williams
                                            Renee S. Williams, Trustee of
                                            Mary B Stewart, Debtor

By_____                    By: _____

```
Date: 04/08/10      Amount: 82,744.83      File Number: GF-14292      Check #: 14703

 Pay To: Renee S. Williams, Trustee Stewart, Debtor

  Buyer: Marcus R. Stevens and Leigh A. Stevens
 Seller: Renee S. Williams, Trustee Stewart, Debtor
Property: 2910 Huron Street, Camden, AR 71701

  82,769.83   Cash from Closing
      25.00-  Closing Protection Letter
       0.00   per phone conversation
```

---

**OUACHITA ABSTRACT & TITLE CO., INC.**
ESCROW ACCOUNT
P.O. BOX 731   CAMDEN, AR 71711
(870) 836-2794

**First Bank** OF SOUTH ARKANSAS
P.O. Box 10
Camden, AR 71711

GF-14292      14703

81-232-829      14703

DATE: 04/08/10      AMOUNT: ***$82,744.83***

The Sum EIGHTY TWO THOUSAND SEVEN HUNDRED FORTY FOUR DOLLARS and 83/100

PAY TO THE ORDER OF

Renee S. Williams, Trustee Stewart, Debtor

125 Roberts Ridge Terrace

Hot Springs AR  71901-7286

*AUTHORIZED SIGNATURE*